IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANNA KNIGHT**                                             PLAINTIFF

v.                             No. 4:24-cv-39-DPM

**UNUM LIFE INSURANCE COMPANY
OF AMERICA and USW LOCAL 619**                   DEFENDANTS

## JUDGMENT

Knight's claims against USW Local 619 are dismissed without prejudice. Her claims against Unum Life Insurance Company of America are dismissed with prejudice. The Court retains jurisdiction until 22 July 2024 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 May 2024